DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

KATALIN FODOR,

Appellant,

v.

KRISZTIAN GONDA,

Appellee.

No. 2D2025-2655

———————————————

April 29, 2026

Appeal from the Circuit Court for Pinellas County; Steve D. Berlin,
Judge.

Katalin Fodor, pro se.

Scott T. Orsini of The Orsini Law Group, LLC, St. Petersburg, for
Appellee.

PER CURIAM.

    Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.